AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTHONY DAVILA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

AMENDED
JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-179
(Formerly CR 109-060)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 16, 2022, Petitioner's request to voluntarily dismiss is granted, the case is dismissed without prejudice, and this civil action stands closed.

05/16/2022
Date



John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020